JACOB WEINER, Respondent, *v.* LOLA WEINER, Appellant.

Argued December 7, 1942; decided January 14, 1943.

*George Rosling* for appellant.

*Jay Leo Rothschild* and *Walter S. Beck* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.